**Slip Op. 04-126**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: GREGORY W. CARMAN**

|  |  |  |
|---|---|---|
| FORMER EMPLOYEES OF GETRONICS WANG CO., LLC | : | |
| Plaintiffs, | : | |
| v. | : | Court No. 03-00529 |
| ELAINE L. CHAO, UNITED STATES SECRETARY OF LABOR, | : | |
| Defendant. | : | |

JUDGMENT ORDER

Upon consideration of the United States Department of Labor's determination in

*Getronics Wang Company, LLC, Valley View, OH; Notice of Revised Determination on Remand*,

69 Fed. Reg. 20,643 (April 16, 2004), issued in response to this Court's order of March 31, 2004,

*Former Employees of Getronics Wang Co., LLC v. Chao*, No. 03-00529 (Ct. Int'l Trade March

31, 2004) (order granting voluntary remand), Plaintiffs' letter to Court dated September 27, 2004,

advising this Court that Plaintiffs accepted Department of Labor's remand determination and

settlement documents have been signed, and all other pertinent papers, it is hereby

**ORDERED** that the Department of Labor's determination is affirmed; and it is further

**ORDERED** that all issues before the Court having been resolved, this case is dismissed.

/s/ Gregory W. Carman
Gregory W. Carman
Judge

Dated: October 4, 2004
      New York, New York